| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    SpineGuard, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    26-4333465

**4. Debtor's address**

Principal place of business

1434 Spruce Street, Suite 100
Boulder, CO 80302
Number, Street, City, State & ZIP Code

Boulder
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

HealthLink International
4049 Willow Lake Blvd., Suite 100 Memphis, TN 38118
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    www.spineguard.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   SpineGuard, Inc.
_____
Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4461__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor   SpineGuard, Inc.                                         Case number (if known)
         Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

Where is the property?
                          Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **SpineGuard, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02 / 13 / 2020
               MM / DD / YYYY

X  *[signature]*                              **Steve McAdoo**
Signature of authorized representative of debtor    Printed name

Title    **General Manager USA**

**18. Signature of attorney**

X  *[signature]*                              Date  02 / 13 / 2020
Signature of attorney for debtor                     MM / DD / YYYY

**Neal L. Wolf**
Printed name

**Hanson Bridgett LLP**
Firm name

**1676 No. California Blvd.
Suite 620
Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone  **(415) 995-5015**    Email address  **nwolf@hansonbridgett.com**

**202129 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## SPINEGUARD, INC.

### Action by Written Consent
### In Lieu of a Meeting of the Board of Directors

February 11, 2020

The undersigned, being all of the members of the Board of Directors (the "Board") of SpineGuard, Inc., a Delaware corporation (the "Company"), and acting by written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware, do hereby consent to the adoption of the following resolutions as of the date hereof as though adopted at a meeting of the Board duly called and held with a quorum being present and acting throughout:

WHEREAS, the Board has reviewed and analyzed information and advice presented by the management and the outside financial and legal advisors of the Company regarding the financial condition, capital structure, liquidity position, business model and projections, short term and long term prospects of the Company and the restructuring and other strategic alternatives available to it, and the impact of the foregoing on the business of the Company; and

WHEREAS, the Board has determined that it is desirable and in the best interests of the Company and its creditors, employees and other parties in interest, that the Company file or cause to be filed a voluntary petition (collectively, the "Chapter 11 Case") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

NOW THEREFORE BE IT RESOLVED, that filing of the Chapter 11 Case by the Company, and the seeking of relief by the Company under chapter 11 of the Bankruptcy Code in the Bankruptcy Court be, and each hereby is, authorized and approved for all purposes and in all respects; and it is further

RESOLVED, that Steve McAdoo, Secretary of the Company, and any other person designated and so authorized to act by the aforementioned officer (each such officer or designee being an "Authorized Person"), be, and each hereby is, authorized and empowered to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code in the name and on behalf of the Company, in such forms as the Authorized Person executing the same shall approve, his, her or their execution to be conclusive evidence of the approval thereof by such Authorized Person and the Board, and to file or cause the same to be filed in the Bankruptcy Court at such time as such Authorized Person executing the same shall determine; and it is further

RESOLVED, that any Authorized Person be, and each hereby is, authorized and empowered to execute, verify and file or cause to be filed on behalf of and in the name of the Company any and all petitions, schedules, motions, lists, applications, pleadings and other papers, in such forms as the Authorized Person executing the same shall approve, his, her or their execution to be conclusive evidence of the approval thereof by such Authorized Person and the

16247820.2

Board, and to take all such other actions deemed by such Authorized Person to be necessary, appropriate or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case; and it is further

RESOLVED, that any Authorized Person be, and each hereby is, authorized and empowered on behalf of the Company, to retain (i) Hanson Bridgett LLP as co-general bankruptcy counsel; (ii) Buchanan Ingersoll & Rooney PC as co-general bankruptcy counsel; and (iii) such other professionals as the Authorized Persons deem necessary, appropriate or desirable in connection with the Chapter 11 Case, in each case on such terms as the Authorized Persons shall deem necessary, appropriate or desirable and subject to any required approvals of the Bankruptcy Court; and it is further

RESOLVED, that any Authorized Person be, and each hereby is, authorized and empowered to take any and all actions necessary or appropriate for the Company to negotiate a refinancing, recapitalization, restructuring or other reorganization of the Company, including under one or more plans of reorganization, and, subject to further approval of the Board, to enter into such plan of reorganization and all other documents, agreements or instruments to effectuate the foregoing; and it is further

RESOLVED, that any Authorized Person be, and each hereby is, authorized and empowered to take any and all actions necessary or appropriate for the Company to negotiate, execute, deliver and/or file or cause to be filed any and all agreements, amendments, instruments, consents, certificates, letters, documents or other writings, and to take all such other actions (including the payment of expense) deemed by such Authorized Person to be necessary, appropriate or desirable to carry out the purposes and intents of each and all of the foregoing resolutions; and it is further

RESOLVED, that all authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation to the foregoing, all actions heretofore taken for or on behalf of the Company by any Authorized Person in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. This document shall be filed with the minutes of the proceedings of the Board.

[*Signature page follows*]

16247820.2

IN WITNESS WHEREOF, the undersigned have signed these resolutions as of the date first written above.

**DIRECTORS**

_____
Steve McAdoo

_____
Stéphane Bette

IN WITNESS WHEREOF, the undersigned have signed these resolutions as of the date first written above.

**DIRECTORS**

_____
Steve McAdoo

_____
Stéphane Bette

Fill in this information to identify the case:

Debtor name: **SpineGuard, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4Spine<br>1328 DeKalb Ave NE<br>Atlanta, GA 30307 | David DeFrancis<br>ddefrancis@4spine.com<br>(404) 606-0902 | Sales Commission | | | | $5,685.00 |
| Bank of America Corp Card<br>PO Box 15796<br>Wilmington, DE 19886 | | Revolving Credit | | | | $2,384.24 |
| Black Diamond Medical Inc.<br>801 Rivers Court<br>Orlando, FL 32828 | Ellen Adamowicz<br>Eadamowicz@blackdiamondmed.com<br>(407) 960-1885 | Sales Commission | | | | $7,995.90 |
| California State Board of Equalization<br>455 Golden Gate Ave Suite 10500<br>San Francisco, CA 94102 | | Sales Tax | | | | $1,355.00 |
| Eastern Spine<br>20 Mountain View Ave<br>Suffern, NY 10901 | easternspine@aol.com<br>(914) 672-3529 | Sales Commission | | | | $2,308.50 |
| Harbert Europ. Specialty Lending Co. II<br>5 rue Guillaume Kroll<br>L-1882 Luxembourg<br>BP 2501, L-1025 Luxembourg<br>GRAND-DUCHY OF LUXEMBOURG | Attn: The Directors<br>5, rue Guillame Kroll<br>L-1882 Luxembourg<br>BP 2501<br>L-1025 Luxembourg<br>Grandy Duchy of Luxembourg | Guarantee | Disputed | $2,272,000.00 | Unknown | Unknown |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **SpineGuard, Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HealthLink International, Inc. 211 E. Six Forks Road Suite 209 A Raleigh, NC 27609 | Terika Foster (800) 781-8926 Terika.foster@healthli | Professional Services | | | | $8,000.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $1,640.00 |
| Intuitive Medical 9007 Hollybrook Ln North Germantown, TN 38138 | Cary Fenton cary_fenton@yahoo.com (901) 218-3171 | Sales Commission | | | | $1,767.48 |
| James Palmer 5896 Fairview Drive Park City, UT 84098 | James Palmer jamespalmer1@me.com (435) 901-4646 | Sales Commission | | | | $2,511.25 |
| John Locker 570 Aspen Rd Birmingham, MI 48009 | John Locker John@jlmedicalsolutions.com | Sales Commission | | | | $6,236.10 |
| Keri George 1434 Spruce Street, Suite 100 Boulder, CO 80302 | Keri George k.george@spineguard.com | Professional Services | | | | $6,987.00 |
| Logical Therapies 309 Tasvo Trl Lafayette, LA 70508 | scottyka70601@yahoo.com (318) 834-3450 | Sales Commission | | | | $3,580.50 |
| Louisiana Department of Revenue P.O. Box 3138 Baton Rouge, LA 70821-3138 | | Sales Tax | | | | $11,051.63 |
| New Jersey Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | (888) 459-9544 ex 20757 | Sales Tax | | | | $2,328.69 |
| Norgine Ventures Fund I S.C.A., SICAR 5 rue Guillaume Kroll L-1882 Luxembourg BP 2501, L-1025 Luxembourg GRAND-DUCHY OF LUXEMBOURG | Shiela Hopkins shopkins@norgine.com +441895826639 | Guarantee | Disputed | $2,272,000.00 | Unknown | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **SpineGuard, Inc.**　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RMA & Associates 9539 Mazant Lane Shreveport, LA 71115 | Ronald Ainsworth ronald_m_ainsworth@yahoo.com (318) 773-3764 | Sales Commission | | | | $5,445.00 |
| Tennessee Department of Revenue 7175 Strawberry Plains Pike #300 Knoxville, TN 37914 | | Sales Tax | | | | $1,748.86 |
| Tony Nichols 1434 Spruce Street, Suite 100 Boulder, CO 80302 | Tony Nichols t.nichols@spineguard.com | Professional Services | | | | $5,431.00 |
| Utah State Tax Commission 210 N 1950 W Salt Lake City, UT 84134 | | Sales Tax | | | | $2,309.14 |

**Fill in this information to identify the case:**

Debtor name: SpineGuard, Inc.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ Chapter 11 or Chapter 9 Cases: *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **List of creditors.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 13 / 2020    X  /s/ Steve McAdoo
                                Signature of individual signing on behalf of debtor

                                **Steve McAdoo**
                                Printed name

                                **General Manager USA**
                                Position or relationship to debtor

## United States Bankruptcy Court
### District of Delaware

In re: SpineGuard, Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SpineGuard, S.A.<br>10 Cours Louis Lumiere<br>94300 Vincennes<br>FRANCE | Common | 1000 | Stock |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **General Manager USA** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  02 / 13 / 2020         Signature  _/s/ Steve McAdoo_
                                        Steve McAdoo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Delaware

In re  SpineGuard, Inc.
                                Debtor(s)

Case No. _____
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **SpineGuard, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

SpineGuard, S.A.
10 Cours Louis Lumiere
94300 Vincennes
FRANCE

☐ None [*Check if applicable*]

02 / 13 / 2020
Date

*/s/ Neal L. Wolf*
Neal L. Wolf
Signature of Attorney or Litigant
Counsel for  SpineGuard, Inc.
Hanson Bridgett LLP
1676 No. California Blvd.
Suite 620
Walnut Creek, CA 94596
(415) 995-5015 Fax:(415) 995-3411
nwolf@hansonbridgett.com