# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPINEGUARD, INC.,[1] | Case No. 20-10332 (JTD) |
| Debtor. | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP, counsel for Norgine Venture Fund I SCA SICAR and Harbert European Growth Capital Fund II, SCSp (together, the "**Bondholders**"**)**, hereby enters their appearance pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in the above-captioned bankruptcy case. Undersigned counsel further request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned as follows:

> William E. Chipman, Jr.
> **CHIPMAN BROWN CICERO & COLE, LLP**
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone: (302) 295-0192
> Email: chipman@chipmanbrown.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading, or request, whether formal or informal,

---

[1] The last four digits of the Debtor's federal tax identification number are 3465. The mailing address for the Debtor is 1434 Spruce Street, Suite 100, Boulder, Colorado 80302.

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the above-captioned bankruptcy case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that none of this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the Bondholders' rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the Bondholders' rights to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) the Bondholders' rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which is the Bondholders are or may be entitled to under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 5, 2020
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0192
Email:            chipman@chipmanbrown.com

*Counsel for Norgine Venture Fund I SCA SICAR and Harbert European Growth Capital Fund II, SCSp*