## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  **SpineGuard, Inc.**

Case No. 20-10332 (JTD)

Reporting Period:  10/1/20 through 10/31/20

## MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*Laurence S. Croter*
_____
Signature of Authorized Individual*

November 12, 2020
_____
Date

Laurence Croter
Printed Name of Authorized Individual

Vice President of Finance
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: **SpineGuard, Inc.**

**Profit & Loss**
**October 1 - 31, 2020**

Case No. 20-10332 (JTD)

| | October 1 - 31 | Cumulative |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Sales Income** | | |
| Retail Sales | 392,912.00 | 2,936,422.88 |
| Service Sales | 0.00 | 12,435.00 |
| **Total Sales Income** | 392,912.00 | 2,948,857.88 |
| **Total Income** | 392,912.00 | 2,948,857.88 |
| **Cost of Goods Sold** | | |
| **Cost of Goods Sold** | | |
| Demo, Pig Lab, Clinical Units | 149.68 | 849.68 |
| Reusable Depreciation / Amort | 1,266.94 | 13,762.00 |
| Cost of Goods Sold - Other | 128,758.99 | 887,536.49 |
| **Total Cost of Goods Sold** | 130,175.61 | 902,148.17 |
| Freight Costs | 10,688.80 | 82,761.71 |
| Scrapped Inventory | 0.00 | 11,621.24 |
| **Total COGS** | 140,864.41 | 996,531.12 |
| **Gross Profit** | 252,047.59 | 1,952,326.76 |
| **Expense** | | |
| Commissions | 105,420.08 | 868,356.95 |
| **Consulting Expense** | | |
| Physician Meals | 0.00 | 85.80 |
| Physician Consulting Fees | 0.00 | 22,080.00 |
| Consulting Expense - Other | 9,200.00 | 55,200.00 |
| **Total Consulting Expense** | 9,200.00 | 77,365.80 |
| Depreciation Expense | 32.05 | 582.07 |
| Insurance Expense | 3,875.42 | 15,292.85 |
| Meetings and Events | | 140.00 |
| **Office Expenses & IT Costs** | | |
| Computer and Internet Expenses | 2,712.71 | 3,396.51 |
| IT Services | 5,432.00 | 52,791.75 |
| Office Supplies | 113.24 | 161.62 |
| Payroll Service Fees | 267.67 | 1,902.69 |
| Postage-Non Product Related | 107.62 | 502.50 |
| Rent Expense | 1,638.99 | 13,552.91 |
| Taxes-Other | 1,000.00 | 7,784.42 |
| Telephone Expense | 216.95 | 2,062.07 |
| **Total Office Expenses & IT Costs** | 11,489.18 | 82,154.47 |
| **Payroll Expenses** | | |
| 401k Matching | 535.11 | 12,244.33 |
| ADP Employement Services | 890.69 | 6,862.40 |
| Advance Payment | 0.00 | 0.00 |
| Benefits | 1,000.00 | 6,500.00 |
| Insurance/Benefits | 4,293.56 | 41,759.59 |
| Payroll Taxes | 1,667.27 | 20,511.14 |

In re: <u>SpineGuard, Inc.</u>

**Profit & Loss**
**October 1 - 31, 2020**

Case No. 20-10332 (JTD)

|  | October 1 - 31 | Cumulative |
|---|---|---|
| **Salary Expense** | 23,345.71 | 256,389.38 |
| **Temporary Labor** | 6,080.00 | 53,200.00 |
| **Vacation Expense** | 0.00 | 37,334.21 |
| **Payroll Expenses - Other** | 0.00 | 0.00 |
| **Total Payroll Expenses** | 37,812.34 | 434,801.05 |
| **Professional Fees** | | |
| **Accounting Fees** | 720.00 | 6,480.00 |
| **Sales Tax Services** | 2,443.00 | 21,987.00 |
| **Total Professional Fees** | 3,163.00 | 28,467.00 |
| **Training Labs** | 0.00 | 105.00 |
| **Travel Expense** | | |
| **Airfare** | 0.00 | 57.61 |
| **Hotel** | 0.00 | 705.40 |
| **Meals and Entertainment** | 0.00 | 305.82 |
| **Mileage** | 0.00 | 62.64 |
| **Transportation Expense** | 0.00 | 770.69 |
| **Travel Expense - Other** | 840.56 | 3,801.56 |
| **Total Travel Expense** | 840.56 | 5,703.72 |
| **Total Expense** | 171,832.63 | 1,512,968.91 |
| **Net Ordinary Income** | 80,214.96 | 439,357.85 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| **Intercompany Recharge Income** | 0.00 | 6,490.00 |
| **Total Other Income** | 0.00 | 6,490.00 |
| **Other Expense** | | |
| **Bank Service Charges** | 7,312.54 | 53,675.26 |
| **Intercompany Recharge Expense** | 0.00 | 24,200.00 |
| **Interest Expense** | 57.55 | 19.87 |
| **Other Exceptional Charges** | 10,316.00 | 280,009.23 |
| **Total Other Expense** | 17,686.09 | 357,904.36 |
| **Net Other Income** | -17,686.09 | -351,414.36 |
| **Net Income** | 62,528.87 | 87,943.49 |

**In re: SpineGuard, Inc.**          **Balance Sheet**          **Case No. 20-10332 (JTD)**
                                     **As of Oct. 31, 2020**

|                                          | October 31, 2020 |
|------------------------------------------|-----------------:|
| **ASSETS**                               |                  |
| **Current Assets**                       |                  |
| **Checking/Savings**                     |                  |
| First Midwest Bank #0857                 | 606,042.99       |
| **Total Checking/Savings**               | 606,042.99       |
| **Accounts Receivable**                  |                  |
| Accounts Receivable                      | 687,526.65       |
| Alllowance for Bad Debt                  | -7,849.00        |
| **Total Accounts Receivable**            | 679,677.65       |
| **Other Current Assets**                 |                  |
| **Inventory Asset**                      |                  |
| Inventory in Transit                     | 13,566.00        |
| Inventory Asset                          | 578,693.56       |
| **Total Inventory Asset**                | 592,259.56       |
| **Prepaid Expenses**                     | 166,185.37       |
| **Total Other Current Assets**           | 758,444.93       |
| **Total Current Assets**                 | 2,044,165.57     |
| **Fixed Assets**                         |                  |
| Accumulated Depreciation                 | -294,156.45      |
| Computer and Software                    | 123,485.65       |
| Consigned Reusable Sets                  | 148,445.00       |
| Furniture and Equipment                  | 23,327.14        |
| **Total Fixed Assets**                   | 1,101.34         |
| **Other Assets**                         |                  |
| Deposit                                  | 58,184.00        |
| **Total Other Assets**                   | 58,184.00        |
| **TOTAL ASSETS**                         | 2,103,450.91     |
| **LIABILITIES & EQUITY**                 |                  |
| **Liabilities**                          |                  |
| **Current Liabilities**                  |                  |
| **Accounts Payable**                     |                  |
| Accounts Payable                         | 97,352.34        |
| Accounts Payable-SpineGuard, SA          | 1,221,612.60     |
| **Total Accounts Payable**               | 1,318,964.94     |
| **Other Current Liabilities**            |                  |
| Accrued Expenses                         | 408,613.90       |
| Loan from SpineGuard, SA                 |                  |
| Accrued Interest-SpineGuard Sa           | 142.95           |
| Loan from SpineGuard, SA - Other         | 16,940.00        |
| **Total Loan from SpineGuard, SA**       | 17,082.95        |
| Norgine Harbert Loan for SA              | -230,000.00      |
| Sales Tax Payable                        | 24,215.42        |
| **Total Other Current Liabilities**      | 219,912.27       |
| **Total Current Liabilities**            | 1,538,877.21     |
| **Total Liabilities**                    | 1,538,877.21     |
| **Equity**                               |                  |
| Additional Paid in Capital               | 14,348,818.94    |
| Capital Stock                            | 10.00            |

In re: <u>SpineGuard, Inc.</u>

**Balance Sheet**
**As of Oct. 31, 2020**

Case No. 20-10332 (JTD)

| | October 31, 2020 |
|---|---|
| Retained Earnings | -13,836,878.49 |
| Net Income | 52,623.25 |
| **Total Equity** | 564,573.70 |
| **TOTAL LIABILITIES & EQUITY** | **2,103,450.91** |

In re: **SpineGuard, Inc.**                                                     Case No. **20-10332 (JTD)**

    Debtor

                                                                **Reporting Period: 10/1/20 through 10/31/20**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | 593,114.85 | | 215,551.67 | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 422,610.04 | | 3,190,245.50 | |
| ACCOUNTS RECEIVABLE | | | | | | | 0.00 | |
| LOANS AND ADVANCES | | | | | | | 0.00 | |
| SALE OF ASSETS | | | | | | | 0.00 | |
| OTHER (ATTACH LIST) | | | | | 1,118.00 | | 46,554.33 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| **TOTAL RECEIPTS** | | | | | 423,728.04 | | 3,236,799.83 | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | 17,654.24 | | 251,934.36 | |
| PAYROLL TAXES | | | | | 7,667.20 | | 95,740.76 | |
| SALES, USE, & OTHER TAXES | | | | | 7,321.63 | | 50,227.91 | |
| INVENTORY PURCHASES | | | | | 175,000.00 | | 566,028.00 | |
| SECURED/ RENTAL/ LEASES | | | | | 1,746.61 | | 16,100.74 | |
| INSURANCE | | | | | | | 38,684.93 | |
| ADMINISTRATIVE | | | | | 12,278.46 | | 217,677.36 | |
| SELLING | | | | | | | 0.00 | |
| OTHER (ATTACH LIST) | | | | | 177,751.17 | | 1,235,606.61 | |
| | | | | | | | 0.00 | |
| OWNER DRAW * | | | | | | | 0.00 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| PROFESSIONAL FEES | | | | | | | 350,693.25 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 11,380.59 | | 23,614.59 | |
| COURT COSTS | | | | | | | 0.00 | |
| **TOTAL DISBURSEMENTS** | | | | | 410,799.90 | | 2,846,308.51 | |
| | | | | | | | | |
| NET CASH FLOW | | | | | 12,928.14 | | 390,491.32 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | | 606,042.99 | | 606,042.99 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 410,799.90 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 410,799.90 |

## Schedule of Cash Receipts and Disbursements - Supporting Schedule
*For the period 10/1/20 through 10/31/20*

In re:  **SpineGuard, Inc.**                           Case Number:  **20-10332 (JTD)**

| | |
|---|---:|
| Misc. refunds | 1,118.00 |
| Other | - |
| | - |
| **Other Receipts** | **1,118.00** |

| | |
|---|---:|
| Commissions | 124,640.79 |
| Independent contractors | 15,280.00 |
| Adequate protection payments | 30,000.00 |
| Credit card fees | 7,053.29 |
| Bank fees | 259.25 |
| Payroll service fees | 517.84 |
| Customs bond deposit | - |
| Temp labor | - |
| **Other Expenses** | **177,751.17** |

In re: SpineGuard, Inc.
        Debtor

Case No. 20-10332 (JTD)
Reporting Period: 10/1/20 through 10/31/20

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Hanson Bridgett, LLP | 2/13/20 - 7/31/20 | | | | | | | 197,418.50 | 4,660.10 |
| Buchanon, Ingersoll | 2/13/20 - 7/31/20 | | | | | | | 118,330.14 | 5,082.91 |
| Silverman Consulting | 2/13/20 - 7/31/20 | | | | | | | 25,201.60 | 0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re:  SpineGuard, Inc.                                   Case No.  20-10332 (JTD)
                Debtor                                      Reporting Period: 10/1/20 through 10/31/20

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0.00 |
| FICA-Employee | | | | | | 0.00 |
| FICA-Employer | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Income | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| | 903.07 | 11,402.18 | 7,667.20 | | | 4,638.05 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0.00 |
| Sales | 23,300.33 | 8,236.72 | 7,321.63 | | | 24,215.42 |
| Excise | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total State and Local | 23,300.33 | 8,236.72 | 7,321.63 | | | 24,215.42 |
| **Total Taxes** | 24,203.40 | 19,638.90 | 14,988.83 | | | 28,853.47 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 25,166.41 | 0.00 | 0.00 | 0.00 | 461.7 | 25,628.11 |
| Wages Payable | 9,968.12 | | | | | 9,968.12 |
| Taxes Payable | 28,853.47 | | | | | 28,853.47 |
| Rent/Leases-Building | | | | | | 0.00 |
| Rent/Leases-Equipment | | | | | | 0.00 |
| Secured Debt/Adequate Protection Payments | | | | | | 0.00 |
| Professional Fees | | | | | | 0.00 |
| Amounts Due to Insiders* | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| **Total Postpetition Debts** | 63,988.00 | 0.00 | 0.00 | 0.00 | 461.70 | 64,449.70 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: SpineGuard, Inc.    Case No. 20-10332 (JTD)
      Debtor    Reporting Period: 10/1/20 through 10/31/20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 706,974.11 | |
| + Amounts billed during the period | 403,162.58 | |
| - Amounts collected during the period | 422,610.04 | |
| Total Accounts Receivable at the end of the reporting period | 687,526.65 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | 616,807.36 | |
| 31 - 60 days old | 29,757.22 | |
| 61 - 90 days old | 31,593.33 | |
| 91+ days old | 9,368.74 | |
| Total Accounts Receivable | 687,526.65 | |
| Amount considered uncollectible (Bad Debt) | 7,849.00 | |
| Accounts Receivable (Net) | 679,677.65 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

8:18 AM
11/02/20

# SpineGuard, Inc.
# Reconciliation Summary
### First Midwest Bank #0857, Period Ending 10/31/2020

|  | Oct 31, 20 |  |
|---|---|---|
| **Beginning Balance** |  | 583,074.40 |
| **Cleared Transactions** |  |  |
| **Checks and Payments - 98 items** | -412,366.94 |  |
| **Deposits and Credits - 83 items** | 435,335.53 |  |
| **Total Cleared Transactions** | 22,968.59 |  |
| **Cleared Balance** |  | **606,042.99** |
| **Uncleared Transactions** |  |  |
| **Deposits and Credits - 1 item** | 0.00 |  |
| **Total Uncleared Transactions** | 0.00 |  |
| **Register Balance as of 10/31/2020** |  | **606,042.99** |
| **New Transactions** |  |  |
| **Checks and Payments - 1 item** | -423.00 |  |
| **Total New Transactions** | -423.00 |  |
| **Ending Balance** |  | **605,619.99** |

8:18 AM
11/02/20

## SpineGuard, Inc.
## Reconciliation Detail
### First Midwest Bank #0857, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 583,074.40 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 98 items** | | | | | | |
| Check | 10/01/2020 | | Intuit | X | -292.17 | -292.17 |
| General Journal | 10/02/2020 | 3075 | | X | -12,039.84 | -12,332.01 |
| Check | 10/02/2020 | | Concur Technologie... | X | -423.00 | -12,755.01 |
| Check | 10/02/2020 | | ADP | X | -250.17 | -13,005.18 |
| Check | 10/02/2020 | | Intuit | X | -226.52 | -13,231.70 |
| Check | 10/02/2020 | | Amazon | X | -113.24 | -13,344.94 |
| Check | 10/02/2020 | | Amex Fees | X | -109.98 | -13,454.92 |
| Bill Pmt -Check | 10/05/2020 | | HCA GPO | X | -1,965.00 | -15,419.92 |
| Check | 10/05/2020 | | Amex Fees | X | -463.25 | -15,883.17 |
| Check | 10/05/2020 | | Intuit | X | -39.40 | -15,922.57 |
| Check | 10/06/2020 | | Intuit | X | -210.38 | -16,132.95 |
| Check | 10/07/2020 | | Intuit | X | -116.44 | -16,249.39 |
| Bill Pmt -Check | 10/08/2020 | | United States Trustee | X | -11,380.59 | -27,629.98 |
| Bill Pmt -Check | 10/08/2020 | | Boehm Travel | X | -417.56 | -28,047.54 |
| Bill Pmt -Check | 10/08/2020 | | PlanetMagpie | X | -325.00 | -28,372.54 |
| Bill Pmt -Check | 10/09/2020 | | John Locker | X | -28,782.00 | -57,154.54 |
| Bill Pmt -Check | 10/09/2020 | | Black Diamond, FL | X | -28,015.35 | -85,169.89 |
| Bill Pmt -Check | 10/09/2020 | | PJNuez 27 Inc | X | -9,047.08 | -94,216.97 |
| Bill Pmt -Check | 10/09/2020 | | Atlantic Surgical | X | -7,420.00 | -101,636.97 |
| Bill Pmt -Check | 10/09/2020 | | Eastern Spine | X | -6,295.80 | -107,932.77 |
| Bill Pmt -Check | 10/09/2020 | | J&B Device & Equip... | X | -4,468.75 | -112,401.52 |
| Bill Pmt -Check | 10/09/2020 | | ADP | X | -4,293.56 | -116,695.08 |
| Bill Pmt -Check | 10/09/2020 | | James Palmer | X | -4,135.00 | -120,830.08 |
| Bill Pmt -Check | 10/09/2020 | | Presidio Surgical Ag... | X | -3,047.00 | -123,877.08 |
| Bill Pmt -Check | 10/09/2020 | | 4Spine | X | -2,310.00 | -126,187.08 |
| Bill Pmt -Check | 10/09/2020 | | Integrated Spine Te... | X | -2,272.50 | -128,459.58 |
| Bill Pmt -Check | 10/09/2020 | | Ohio Surgical Soluti... | X | -2,100.60 | -130,560.18 |
| Bill Pmt -Check | 10/09/2020 | | Surgical Alternatives... | X | -2,096.50 | -132,656.68 |
| Bill Pmt -Check | 10/09/2020 | | Medatec Medical, LLC | X | -2,046.00 | -134,702.68 |
| Bill Pmt -Check | 10/09/2020 | | Logical Therapies | X | -2,046.00 | -136,748.68 |
| Bill Pmt -Check | 10/09/2020 | | Apex MedSurg, LLC | X | -1,566.18 | -138,314.86 |
| Bill Pmt -Check | 10/09/2020 | | Blue Compass Medi... | X | -1,512.00 | -139,826.86 |
| Check | 10/09/2020 | | ADP 401k | X | -1,404.40 | -141,231.26 |
| Bill Pmt -Check | 10/09/2020 | | TSSI | X | -1,372.00 | -142,603.26 |
| Bill Pmt -Check | 10/09/2020 | | Conduit Surgical | X | -1,321.92 | -143,925.18 |
| Bill Pmt -Check | 10/09/2020 | | Western Slope | X | -1,258.95 | -145,184.13 |
| Bill Pmt -Check | 10/09/2020 | | Forethought Medical | X | -1,120.00 | -146,304.13 |
| Bill Pmt -Check | 10/09/2020 | | CCNC Medical | X | -1,085.28 | -147,389.41 |
| Bill Pmt -Check | 10/09/2020 | | MetaGen Medical | X | -951.44 | -148,340.85 |
| Bill Pmt -Check | 10/09/2020 | | Biolympic Medical | X | -843.75 | -149,184.60 |
| Bill Pmt -Check | 10/09/2020 | | Blue Water Consulta... | X | -839.16 | -150,023.76 |
| Bill Pmt -Check | 10/09/2020 | | Andy Coy Medical | X | -825.00 | -150,848.76 |
| Bill Pmt -Check | 10/09/2020 | | Redmed, Inc. | X | -799.60 | -151,648.36 |
| Bill Pmt -Check | 10/09/2020 | | Associated Surgical ... | X | -755.16 | -152,403.52 |
| Bill Pmt -Check | 10/09/2020 | | Evolution Medical | X | -743.75 | -153,147.27 |
| Bill Pmt -Check | 10/09/2020 | | True North Surgical | X | -719.40 | -153,866.67 |

8:18 AM
11/02/20

**SpineGuard, Inc.**
**Reconciliation Detail**
First Midwest Bank #0857, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 10/09/2020 | | Unique Surgical Inc. | X | -699.72 | -154,566.39 |
| Bill Pmt -Check | 10/09/2020 | | Spine Enthusiast | X | -608.16 | -155,174.55 |
| Bill Pmt -Check | 10/09/2020 | | Primity Medical Inc. | X | -559.72 | -155,734.27 |
| Check | 10/09/2020 | | Intuit | X | -449.83 | -156,184.10 |
| Bill Pmt -Check | 10/09/2020 | | Intuitive Medical | X | -441.87 | -156,625.97 |
| Bill Pmt -Check | 10/09/2020 | | Orthologic, LLC | X | -323.75 | -156,949.72 |
| Bill Pmt -Check | 10/09/2020 | | Spinal Concepts | X | -246.40 | -157,196.12 |
| Check | 10/09/2020 | | HC Fees | X | -57.53 | -157,253.65 |
| Bill Pmt -Check | 10/12/2020 | | Myrna D De Villa | X | -3,040.00 | -160,293.65 |
| Bill Pmt -Check | 10/13/2020 | | SpineGuard SA | X | -175,000.00 | -335,293.65 |
| Check | 10/13/2020 | | Amex Fees | X | -421.84 | -335,715.49 |
| Check | 10/13/2020 | | Intuit | X | -70.33 | -335,785.82 |
| Bill Pmt -Check | 10/14/2020 | | HealthLink Internatio... | X | -3,755.94 | -339,541.76 |
| Check | 10/14/2020 | | Intuit | X | -296.53 | -339,838.29 |
| Check | 10/14/2020 | | Intuit | X | -259.25 | -340,097.54 |
| General Journal | 10/15/2020 | 3004 | First Midwest Bank | X | -12,039.84 | -352,137.38 |
| Check | 10/15/2020 | | Intuit | X | -758.31 | -352,895.69 |
| Check | 10/16/2020 | | Intuit | X | -383.64 | -353,279.33 |
| Check | 10/16/2020 | | Amex Fees | X | -201.38 | -353,480.71 |
| Check | 10/16/2020 | | HC Fees | X | -77.96 | -353,558.67 |
| Check | 10/21/2020 | | Intuit | X | -2,712.71 | -356,271.38 |
| Sales Tax Payment | 10/21/2020 | | State Comptroller | X | -1,771.60 | -358,042.98 |
| Bill Pmt -Check | 10/21/2020 | | Regus Management... | X | -1,746.61 | -359,789.59 |
| Sales Tax Payment | 10/21/2020 | | California Sales Tax | X | -1,163.00 | -360,952.59 |
| Sales Tax Payment | 10/21/2020 | | Louisiana Departme... | X | -1,052.68 | -362,005.27 |
| Sales Tax Payment | 10/21/2020 | | NCDOR | X | -914.84 | -362,920.11 |
| Sales Tax Payment | 10/21/2020 | | South Carolina Dep... | X | -732.88 | -363,652.99 |
| Sales Tax Payment | 10/21/2020 | | Louisiana Departme... | X | -485.32 | -364,138.31 |
| Sales Tax Payment | 10/21/2020 | | Nevada Departmen... | X | -411.89 | -364,550.20 |
| Sales Tax Payment | 10/21/2020 | | Louisiana Departme... | X | -273.48 | -364,823.68 |
| Sales Tax Payment | 10/21/2020 | | Alabama Departmen... | X | -235.48 | -365,058.68 |
| Bill Pmt -Check | 10/21/2020 | | AT&T Mobility | X | -216.95 | -365,275.63 |
| Sales Tax Payment | 10/21/2020 | | Birmingham Dept of ... | X | -163.96 | -365,439.59 |
| Sales Tax Payment | 10/21/2020 | | Alabama Departmen... | X | -106.98 | -365,546.57 |
| Check | 10/21/2020 | | Intuit | X | -69.79 | -365,616.36 |
| Sales Tax Payment | 10/21/2020 | | Virginia Department ... | X | -10.00 | -365,626.36 |
| Check | 10/22/2020 | | Intuit | X | -487.45 | -366,113.81 |
| Check | 10/23/2020 | | ADP 401k | X | -1,404.40 | -367,518.21 |
| Bill Pmt -Check | 10/26/2020 | | Myrna D De Villa | X | -3,040.00 | -370,558.21 |
| Check | 10/26/2020 | | Amex Fees | X | -156.69 | -370,714.90 |
| Check | 10/26/2020 | | Intuit | X | -35.59 | -370,750.49 |
| Check | 10/26/2020 | | FedEx | X | -20.50 | -370,770.99 |
| Check | 10/27/2020 | | Intuit | X | -325.92 | -371,096.91 |
| Check | 10/27/2020 | | HSA Bank | X | -17.50 | -371,114.41 |
| Check | 10/28/2020 | | Norgine Ventures Fu... | X | -15,030.00 | -386,144.41 |
| Check | 10/28/2020 | | Harbert European S... | X | -15,000.00 | -401,144.41 |
| Check | 10/28/2020 | | Intuit | X | -578.03 | -401,722.44 |
| Check | 10/29/2020 | | HC Fees | X | -0.95 | -401,723.39 |
| Bill Pmt -Check | 10/30/2020 | | Keri George | X | -9,200.00 | -410,923.39 |

Page 2

8:18 AM
11/02/20

## SpineGuard, Inc.
## Reconciliation Detail
### First Midwest Bank #0857, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 10/30/2020 | CC 09... | Amex Fees | X | -570.43 | -411,493.82 |
| Check | 10/30/2020 | WYK7... | ADP | X | -250.17 | -411,743.99 |
| Check | 11/02/2020 | GG62... | Intuit | X | -622.95 | -412,366.94 |
| **Total Checks and Payments** | | | | | **-412,366.94** | **-412,366.94** |
| **Deposits and Credits - 83 items** | | | | | | |
| Payment | 09/30/2020 | W30F... | WV University Hospi... | X | 1,417.52 | 1,417.52 |
| Payment | 09/30/2020 | PI000... | Chapman Medical C... | X | 2,010.41 | 3,427.93 |
| Payment | 09/30/2020 | REQ0... | Willis-Knighton Medi... | X | 3,137.04 | 6,564.97 |
| Payment | 10/01/2020 | REQ0... | Moore Regional Hos... | X | 3,475.48 | 10,040.45 |
| Payment | 10/01/2020 | ACH tr... | Parkwest Medical C... | X | 2,044.00 | 12,084.45 |
| Payment | 10/01/2020 | GYRR... | UH Elyria Memorial | X | 2,236.52 | 14,320.97 |
| Payment | 10/02/2020 | ACH tr... | UH St. John Medical... | X | 3,504.52 | 17,825.49 |
| Payment | 10/02/2020 | ACH tr... | Loma Linda | X | 1,000.00 | 18,825.49 |
| Payment | 10/02/2020 | ACH tr... | Sutter General | X | 1,350.00 | 20,175.49 |
| Payment | 10/02/2020 | REQ0... | Mercy Hospital- MA | X | 2,235.04 | 22,410.53 |
| Payment | 10/02/2020 | ACH T... | Hospital For Special... | X | 3,150.31 | 25,560.84 |
| Payment | 10/05/2020 | REQ0... | Santa Barbara Cotta... | X | 5,891.02 | 31,451.86 |
| Payment | 10/05/2020 | ACH T... | Grand Strand General | X | 23,908.04 | 55,359.90 |
| Payment | 10/05/2020 | 00032... | Orlando Health - Kin... | X | 2,418.52 | 57,778.42 |
| Payment | 10/06/2020 | ACH 1... | Inova Fair Oaks | X | 4,212.52 | 61,990.94 |
| Payment | 10/06/2020 | 391858 | Orlando Health - Stu... | X | 4,818.52 | 66,809.46 |
| Payment | 10/06/2020 | 0010585 | St. Peters Hospital - ... | X | 13,268.52 | 80,077.98 |
| Payment | 10/06/2020 | ACH c... | Baptist Memorial Ho... | X | 1,384.00 | 81,461.98 |
| Payment | 10/08/2020 | REQ0... | Baptist Memorial Ho... | X | 1,684.00 | 83,145.98 |
| Payment | 10/08/2020 | 0010712 | Good Samaritan Ho... | X | 1,952.50 | 85,098.48 |
| Payment | 10/08/2020 | ACH c... | Holmes Regional M... | X | 4,006.49 | 89,104.97 |
| Payment | 10/09/2020 | ACH ... | Grandview Medical ... | X | 5,878.00 | 94,982.97 |
| Payment | 10/09/2020 | 70012... | New Hanover Hospital | X | 7,088.75 | 102,071.72 |
| Payment | 10/09/2020 | ACH ... | Holmes Regional M... | X | 8,405.49 | 110,477.21 |
| Deposit | 10/12/2020 | | Bayshore Medical C... | X | 343.27 | 110,820.48 |
| Payment | 10/13/2020 | 00011... | Aventura Hospital | X | 1,470.00 | 112,290.48 |
| Payment | 10/13/2020 | 01233... | Valley View Hospital | X | 2,416.52 | 114,707.00 |
| Payment | 10/13/2020 | 261757 | Bayshore Medical C... | X | 4,240.27 | 118,947.27 |
| Payment | 10/13/2020 | 2816 | ADP | X | 783.52 | 119,730.79 |
| Payment | 10/13/2020 | 144797 | Glenwood Regional | X | 1,888.75 | 121,619.54 |
| Payment | 10/13/2020 | 23919... | St. Francis - Bartlett | X | 2,019.40 | 123,638.94 |
| Payment | 10/13/2020 | ACH ... | Our Lady of Lourdes | X | 3,038.22 | 126,677.16 |
| Payment | 10/14/2020 | ACH 1... | Zavation | X | 4,805.27 | 131,482.43 |
| Payment | 10/14/2020 | YKVL... | Primary Children's H... | X | 10,216.60 | 141,699.03 |
| Payment | 10/14/2020 | REQ0... | Shriners - LA | X | 10,923.52 | 152,622.55 |
| Payment | 10/14/2020 | E7KQ... | St. Peters Hospital - ... | X | 15,918.52 | 168,541.07 |
| Payment | 10/14/2020 | 1Q7D... | Aventura Hospital | X | 1,595.00 | 170,136.07 |
| Payment | 10/14/2020 | ACH 1... | Moore Regional Hos... | X | 1,737.74 | 171,873.81 |
| Payment | 10/14/2020 | | UH Elyria Memorial ... | X | 1,918.52 | 173,792.33 |
| Payment | 10/14/2020 | | St. Dominic Hospital | X | 2,590.00 | 176,382.33 |
| Payment | 10/14/2020 | | Willis-Knighton Medi... | X | 3,118.52 | 179,500.85 |
| Payment | 10/14/2020 | | Bayshore Medical C... | X | 4,402.65 | 183,903.50 |

# SpineGuard, Inc.
## Reconciliation Detail
### First Midwest Bank #0857, Period Ending 10/31/2020

Page 4

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Payment | 10/14/2020 | ACH 1... | Mercy Hospital- MA | X | 5,670.08 | 189,573.58 |
| Payment | 10/14/2020 | 0010861 | Holmes Regional M... | X | 16,740.55 | 206,314.13 |
| Payment | 10/15/2020 | REQ0... | UH Elyria Memorial... | X | 177.52 | 206,491.65 |
| Payment | 10/15/2020 | ACH 1... | Bayfront Health of P... | X | 2,217.00 | 208,708.65 |
| Payment | 10/15/2020 | REQ0... | Orlando Health - Kin... | X | 2,437.04 | 211,145.69 |
| Payment | 10/15/2020 | 0010992 | Holmes Regional M... | X | 10,588.78 | 221,734.47 |
| Payment | 10/16/2020 | ACH 1... | Mercy Hospital- MA | X | 3,435.04 | 225,169.51 |
| Payment | 10/16/2020 | ACH 1... | Thousand Oaks Sur... | X | 4,770.52 | 229,940.03 |
| Payment | 10/16/2020 | ACH 1... | Parkview Health | X | 4,914.52 | 234,854.55 |
| Payment | 10/16/2020 | ACH 1... | Hospital For Special... | X | 7,599.22 | 242,453.77 |
| Payment | 10/19/2020 | XXZ33... | Providence Portland... | X | 2,398.00 | 244,851.77 |
| Payment | 10/21/2020 | PI000... | Parkwest Medical C... | X | 545.00 | 245,396.77 |
| Payment | 10/21/2020 | KL8N... | Sutter General | X | 2,700.00 | 248,096.77 |
| Payment | 10/21/2020 | Ck 21... | Shriners Hospital for... | X | 4,814.52 | 252,911.29 |
| Payment | 10/21/2020 | Ck 39... | Good Samaritan Ho... | X | 5,857.50 | 258,768.79 |
| Payment | 10/21/2020 | ACH 1... | Renown Health | X | 8,990.00 | 267,758.79 |
| Payment | 10/21/2020 |  | Adventist Medical C... | X | 13,537.52 | 281,296.31 |
| Payment | 10/21/2020 | Ck # 0... | Jefferson Memorial ... | X | 16,395.10 | 297,691.41 |
| Deposit | 10/22/2020 |  | ADP | X | 783.52 | 298,474.93 |
| Payment | 10/22/2020 | REQ0... | Orlando Health - Kin... | X | 1,218.52 | 299,693.45 |
| Payment | 10/26/2020 | ACH 1... | Loma Linda | X | 2,018.52 | 301,711.97 |
| Payment | 10/26/2020 | ACH 1... | Inova Fair Oaks | X | 3,894.52 | 305,606.49 |
| Payment | 10/26/2020 | 015794 | Henry Ford - Bloomfi... | X | 11,230.04 | 316,836.53 |
| Deposit | 10/27/2020 |  | Hanover Insurance... | X | 1,118.00 | 317,954.53 |
| Payment | 10/27/2020 | 70013 | Valley View Hospital | X | 2,416.52 | 320,371.05 |
| Payment | 10/27/2020 | 20700... | UH Elyria Memorial... | X | 3,345.52 | 323,716.57 |
| Payment | 10/27/2020 | 0011404 | Holmes Regional M... | X | 14,143.99 | 337,860.56 |
| Payment | 10/28/2020 | 00407... | Northern Nevada Me... | X | 1,451.36 | 339,311.92 |
| Payment | 10/28/2020 | ACH 1... | Lakeview Medical C... | X | 1,656.18 | 340,968.10 |
| Payment | 10/28/2020 | 02615... | McAllen Medical Ce... | X | 2,182.44 | 343,150.54 |
| Payment | 10/28/2020 | 85118 | Park Place Surgical... | X | 3,451.96 | 346,602.50 |
| Payment | 10/28/2020 | 11764... | Brandywine Hospital... | X | 11,202.52 | 357,805.02 |
| Payment | 10/28/2020 | 23919... | Shriners - LA | X | 12,305.17 | 370,110.19 |
| Payment | 10/28/2020 | ACH 1... | NYU Langone Medical | X | 17,353.44 | 387,463.63 |
| Payment | 10/29/2020 | ACH 1... | Bayshore Medical C... | X | 99.71 | 387,563.34 |
| Payment | 10/29/2020 | REQ0... | Orlando Health - Kin... | X | 2,418.52 | 389,981.86 |
| Payment | 10/29/2020 | YPA6... | Willis-Knighton Medi... | X | 3,118.52 | 393,100.38 |
| Payment | 10/29/2020 | 3020 | St. Mary Regional M... | X | 5,176.00 | 398,276.38 |
| Payment | 10/29/2020 | 0011550 | Holmes Regional M... | X | 10,733.48 | 409,009.86 |
| Payment | 10/30/2020 | ACH 1... | Zavation - Z-Direct | X | 4,800.00 | 413,809.86 |
| Payment | 10/30/2020 | ACH 1... | Hospital For Special... | X | 21,525.67 | 435,335.53 |
| | | | | | | |
| **Total Deposits and Credits** | | | | | 435,335.53 | 435,335.53 |
| | | | | | | |
| **Total Cleared Transactions** | | | | | 22,968.59 | 22,968.59 |
| | | | | | | |
| **Cleared Balance** | | | | | 22,968.59 | 606,042.99 |

8:18 AM
11/02/20

## SpineGuard, Inc.
## Reconciliation Detail
First Midwest Bank #0857, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 07/10/2020 | | AT&T Mobility | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | 0.00 | 0.00 |
| Register Balance as of 10/31/2020 | | | | | 22,968.59 | 606,042.99 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/02/2020 | | Concur Technologie... | | -423.00 | -423.00 |
| Total Checks and Payments | | | | | -423.00 | -423.00 |
| Total New Transactions | | | | | -423.00 | -423.00 |
| **Ending Balance** | | | | | 22,545.59 | 605,619.99 |

# ⬧ First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
**Last statement: September 30, 2020**
**This statement: October 30, 2020**

**8100630857**          Page 1 of 8

402

SPINEGUARD INC
DEBTOR-IN-POSSESSION 20-10332
C/O LAURENCE CROTER
1434 SPRUCE ST SUITE 100
BOULDER CO 80302-4815

Direct inquiries to:
Customer Service
630-725-1500

First Midwest Bank  154
520 N Cass Ave
Westmont, Illinois 60559

0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Essential Business Checking | 8100630857 | $606,042.99 |

## Essential Business Checking

**Account number**
8100630857

| | | |
|---|---|---|
| Beginning balance | $583,074.40 | |
| Average balance | $541,432.17 | |
| Total additions | $435,335.53 | Total subtractions  $-412,366.94 |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 10-01 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201001 524771997878553 | 10,040.45 | |
| 10-01 | #Preauthorized Debit<br>Concur Technolog 0000293822<br>200930 081000049015 | | -423.00 |
| 10-01 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201001 524771997878553 | | -292.17 |
| 10-02 | #Preauthorized Credit<br>Hca Hcard Paym<br>RMR*IV*006000035991200100001507**2390<br>8.04\ | 23,908.04 | |
| 10-02 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201002 524771997878553 | 7,785.04 | |
| 10-02 | #Preauthorized Credit<br>Santa Barbara CO Echeckpay<br>201002 92163 | 5,891.02 | |
| 10-02 | #Preauthorized Credit<br>American Express Settlement<br>201002 3057386559 | 4,150.31 | |



**First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

October 30, 2020
Spineguard Inc
Page 2 of 8
8100630857

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 10-02 | #Preauthorized Credit<br>Trinitypsoft Hcard Paym<br>RMR*IV*01400001895100007101507**2235<br>.04\ | 2,235.04 | |
| 10-02 | #Outgoing Wire Tsfr<br>Adp Totalsource, I<br>nc. | | -12,039.84 |
| 10-02 | #Preauthorized Debit<br>Spineguard Inc ACH<br>201002 | | -1,965.00 |
| 10-02 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>201002 666750027650187 | | -250.17 |
| 10-02 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201002 524771997878553 | | -226.52 |
| 10-02 | #Preauthorized Debit<br>American Express Axp Discnt<br>201002 3057386559 | | -109.98 |
| 10-05 | #Preauthorized Credit<br>American Express Settlement<br>201005 3057386559 | 17,481.04 | |
| 10-05 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201005 524771997878553 | 1,350.00 | |
| 10-05 | #Preauthorized Debit<br>American Express Axp Discnt<br>201005 3057386559 | | -463.25 |
| 10-05 | #POS Purchase<br>POS Purchase Terminal 00000000<br>Amazon.COM*MK4H38EC1 Seattle WA<br>Tran Date 10-02-20XXXXXXXXXXXX5391 | | -113.24 |
| 10-05 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201005 524771997878553 | | -39.40 |
| 10-06 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201006 524771997878553 | 7,237.04 | |
| 10-06 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201006 524771997878553 | | -210.38 |
| 10-07 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201007 524771997878553 | 4,006.49 | |
| 10-07 | #Sm Bus Mobile Dep | 1,952.50 | |
| 10-07 | #Sm Bus Mobile Dep | 1,684.00 | |
| 10-07 | #Sm Bus Mobile Dep | 1,384.00 | |
| 10-07 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201007 524771997878553 | | -116.44 |
| 10-08 | #Preauthorized Credit<br>Supply Chain Sha Edi Pymnts<br>201008 3900052280 | 5,878.00 | |

 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**October 30, 2020**
Spineguard Inc
Page 3 of 8
8100630857

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 10-08 | #Preauthorized Credit | 783.52 | |
| | Adp Totalsource ACH | | |
| | 201008 416160563 | | |
| 10-08 | #Preauthorized Debit | | -11,380.59 |
| | Quarterly Fee Payment | | |
| | 201008 0000 | | |
| 10-08 | #Preauthorized Debit | | -417.56 |
| | Spineguard Inc ACH | | |
| | 201008 | | |
| 10-08 | #Preauthorized Debit | | -325.00 |
| | Spineguard Inc ACH | | |
| | 201008 | | |
| 10-09 | #Preauthorized Credit | 15,494.24 | |
| | Intuit Pymt Soln Deposit | | |
| | 201009 524771997878553 | | |
| 10-09 | #Preauthorized Credit | 6,053.54 | |
| | Hca Hcard Paym | | |
| | RMR*IV*0060000361555001 0001507**6053 | | |
| | .54\ | | |
| 10-09 | #Preauthorized Debit | | -122,675.79 |
| | Spineguard Inc ACH | | |
| | 201009 | | |
| 10-09 | #Preauthorized Debit | | -1,404.40 |
| | Adp 401k Adp 401k | | |
| | 201009 TS41A 100741V01 | | |
| 10-09 | #Preauthorized Debit | | -449.83 |
| | Intuit Pymt Soln Tran Fee | | |
| | 201009 524771997878553 | | |
| 10-09 | #Preauthorized Debit | | -57.53 |
| | Hcard Inv Fee Hcard Paym | | |
| | 201009 1507HCARDFEE361 | | |
| 10-13 | #Preauthorized Credit | 15,918.52 | |
| | American Express Settlement | | |
| | 201013 3057386559 | | |
| 10-13 | #Sm Bus Mobile Dep | 10,923.52 | |
| 10-13 | #Sm Bus Mobile Dep | 4,805.27 | |
| 10-13 | #Sm Bus Mobile Dep | 3,038.22 | |
| 10-13 | #Preauthorized Credit | 2,416.52 | |
| | Intuit Pymt Soln Deposit | | |
| | 201013 524771997878553 | | |
| 10-13 | #Sm Bus Mobile Dep | 2,019.40 | |
| 10-13 | #Sm Bus Mobile Dep | 1,888.75 | |
| 10-13 | #Outgoing Wire - Int | | -175,000.00 |
| | Spineguard SA | | |
| 10-13 | #Preauthorized Debit | | -3,040.00 |
| | Spineguard Inc ACH | | |
| | 201013 | | |
| 10-13 | #Preauthorized Debit | | -421.84 |
| | American Express Axp Discnt | | |
| | 201013 3057386559 | | |
| 10-13 | #Preauthorized Debit | | -70.33 |
| | Intuit Pymt Soln Tran Fee | | |
| | 201013 524771997878553 | | |

 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**October 30, 2020**
Spineguard Inc
Page 4 of 8
8100630857

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 10-14 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201014 524771997878553 | 10,216.60 | |
| 10-14 | #Preauthorized Credit<br>Hca Hcard Paym<br>RMR*IV*006000003627090010001507**5997<br>.65\ | 5,997.65 | |
| 10-14 | #Preauthorized Credit<br>Trinitypsoft Hcard Paym<br>RMR*IV*014000019048000007101507**5670<br>.08\ | 5,670.08 | |
| 10-14 | #Preauthorized Debit<br>Spineguard Inc ACH<br>201014 | | -3,755.94 |
| 10-14 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201014 524771997878553 | | -296.53 |
| 10-14 | #Maintenance Fee<br>Analysis Activity<br>For 09/20 | | -259.25 |
| 10-15 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201015 524771997878553 | 26,105.33 | |
| 10-15 | #Preauthorized Credit<br>Supply Chain Sha Edi Pymnts<br>201015 3900053044 | 2,217.00 | |
| 10-15 | #Outgoing Wire Tsfr<br>Adp Totalsource, I<br>nc. | | -12,039.84 |
| 10-15 | #Outgoing Wire Tsfr<br>Adp Totalsource, I<br>nc. | | -4,293.56 |
| 10-15 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201015 524771997878553 | | -758.31 |
| 10-16 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201016 524771997878553 | 13,203.34 | |
| 10-16 | #Preauthorized Credit<br>American Express Settlement<br>201016 3057386559 | 7,599.22 | |
| 10-16 | #Preauthorized Credit<br>Parkview Health Hcard Paym<br>RMR*IV*006000003632330010401507**4914<br>.52\ | 4,914.52 | |
| 10-16 | #Preauthorized Credit<br>Hca Hcard Paym<br>RMR*IV*006000003632330010001507**4770<br>.52\ | 4,770.52 | |
| 10-16 | #Preauthorized Credit<br>Trinitypsoft Hcard Paym<br>RMR*IV*014000019062300007101507**3435<br>.04\ | 3,435.04 | |

 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**October 30, 2020**
Spineguard Inc
Page 5 of 8
8100630857

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 10-16 | #Preauthorized Debit | | -383.64 |
| | Intuit Pymt Soln Tran Fee | | |
| | 201016 524771997878553 | | |
| 10-16 | #Preauthorized Debit | | -201.38 |
| | American Express Axp Discnt | | |
| | 201016 3057386559 | | |
| 10-16 | #Preauthorized Debit | | -77.96 |
| | Hcard Inv Fee Hcard Paym | | |
| | 201016 1507HCARDFEE190 | | |
| 10-21 | #Sm Bus Mobile Dep | 16,395.10 | |
| 10-21 | #Preauthorized Credit | 8,990.00 | |
| | Renown Health Edi Pymnts | | |
| | 201021 505823 | | |
| 10-21 | #Sm Bus Mobile Dep | 5,857.50 | |
| 10-21 | #Sm Bus Mobile Dep | 4,814.52 | |
| 10-21 | #Preauthorized Credit | 2,398.00 | |
| | Intuit Pymt Soln Deposit | | |
| | 201021 524771997878553 | | |
| 10-21 | #Preauthorized Debit | | -1,746.61 |
| | Spineguard Inc ACH | | |
| | 201021 | | |
| 10-21 | #Preauthorized Debit | | -69.79 |
| | Intuit Pymt Soln Tran Fee | | |
| | 201021 524771997878553 | | |
| 10-22 | #Preauthorized Credit | 16,782.52 | |
| | Intuit Pymt Soln Deposit | | |
| | 201022 524771997878553 | | |
| 10-22 | #Preauthorized Credit | 783.52 | |
| | Adp Totalsource ACH | | |
| | 201022 416160563 | | |
| 10-22 | #Preauthorized Debit | | -1,771.60 |
| | Webfile Tax Pymt DD | | |
| | 201022 902/00531690 | | |
| 10-22 | #Preauthorized Debit | | -1,163.00 |
| | CA Dept Tax Fee Cdtfa Epmt | | |
| | 201022 6349476 | | |
| 10-22 | #Preauthorized Debit | | -487.45 |
| | Intuit Pymt Soln Tran Fee | | |
| | 201022 524771997878553 | | |
| 10-22 | #Preauthorized Debit | | -235.48 |
| | AL Onespot Tax Alabama.go | | |
| | 201022 20209359854 | | |
| 10-22 | #Preauthorized Debit | | -106.98 |
| | AL-Dept Of Rev Direct Dbt | | |
| | 201021 1895736192 | | |
| 10-23 | #Bank Card Purchase | | -2,712.71 |
| | Merchant Purchase Terminal 55432860 | | |
| | Intuit *quickbooks 833-830-9 CA | | |
| | Tran Date 10-22-20XXXXXXXXXXXXX5391 | | |
| 10-23 | #Preauthorized Debit | | -1,404.40 |
| | Adp 401k Adp 401k | | |
| | 201023 TS41A 102143V01 | | |
| 10-23 | #Preauthorized Debit | | -1,052.68 |
| | Lp Sales Tax Sales Tax | | |
| | 201023 | | |

 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580

**Return Service Requested**

**October 30, 2020**
Spineguard Inc
Page 6 of 8
8100630857

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 10-23 | #Preauthorized Debit<br>NC Dept Revenue Tax Pymt<br>201023 043000095962098 | | -914.84 |
| 10-23 | #Preauthorized Debit<br>SC Dept Revenue Debit<br>201023 7851489 | | -732.88 |
| 10-23 | #Preauthorized Debit<br>Nevada Tax 8669623707<br>201023 2LZT4AHDELNHR3W | | -411.89 |
| 10-23 | #Preauthorized Debit<br>State Of Louisia Epospymnts<br>TXP*2055660001*04101*200930*T*27300*<br>Z*201021*TAP1709379136-201021\ | | -273.00 |
| 10-23 | #Preauthorized Debit<br>Att Payment<br>201023 | | -216.95 |
| 10-23 | #Preauthorized Debit<br>Avenu Avenu<br>201023 | | -163.96 |
| 10-23 | #Preauthorized Debit<br>VA Dept Taxation Tax Paymen<br>201023 *****3465 | | -10.00 |
| 10-26 | #Preauthorized Credit<br>American Express Settlement<br>201026 3057386559 | 5,913.04 | |
| 10-26 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201026 524771997878553 | 1,218.52 | |
| 10-26 | #Preauthorized Debit<br>Spineguard Inc ACH<br>201026 | | -3,040.00 |
| 10-26 | #Preauthorized Debit<br>Cadshrsaleusetax Sales Tax<br>201026 | | -485.32 |
| 10-26 | #Preauthorized Debit<br>American Express Axp Discnt<br>201026 3057386559 | | -156.69 |
| 10-26 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201026 524771997878553 | | -35.59 |
| 10-26 | #Preauthorized Debit<br>Federal Express Debit<br>201026 EPA62405706 | | -20.50 |
| 10-27 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201027 524771997878553 | 11,230.04 | |
| 10-27 | #Preauthorized Credit<br>Hanover Insuranc Ap<br>1000121701-93861518655136001 | 1,118.00 | |
| 10-27 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201027 524771997878553 | | -325.92 |
| 10-27 | #Preauthorized Debit<br>HSA Bank Empl Fee<br>201027 SPI465264333465 | | -17.50 |



# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**October 30, 2020**
Spineguard Inc
Page 7 of 8
8100630857

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 10-28 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201028 524771997878553 | 19,906.03 | |
| 10-28 | #Preauthorized Credit<br>Nyu Langone Hosp Payment<br>201028 002220018415 | 17,353.44 | |
| 10-28 | #Sm Bus Mobile Dep | 12,305.17 | |
| 10-28 | #Sm Bus Mobile Dep | 11,202.52 | |
| 10-28 | #Sm Bus Mobile Dep | 3,451.96 | |
| 10-28 | #Sm Bus Mobile Dep | 2,182.44 | |
| 10-28 | #Preauthorized Credit<br>Hca Hcard Paym<br>RMR*IV*00600003661500010001507**1656<br>.18\ | 1,656.18 | |
| 10-28 | #Sm Bus Mobile Dep | 1,451.36 | |
| 10-28 | #Outgoing Wire - Int<br>Norgine Ventures F<br>und I Sca Comp A | | -15,030.00 |
| 10-28 | #Outgoing Wire - Int<br>Harbert European S<br>pecialty Lending | | -15,000.00 |
| 10-28 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201028 524771997878553 | | -578.03 |
| 10-29 | #Preauthorized Credit<br>Hca Hcard Paym<br>RMR*IV*00600003664720010001507**99.7<br>1\ | 99.71 | |
| 10-29 | #Preauthorized Debit<br>Hcard Inv Fee Hcard Paym<br>201029 1507HCARDFEE366 | | -0.95 |
| 10-30 | #Preauthorized Credit<br>American Express Settlement<br>201030 3057386559 | 21,525.67 | |
| 10-30 | #Preauthorized Credit<br>Intuit Pymt Soln Deposit<br>201030 524771997878553 | 21,446.52 | |
| 10-30 | #Preauthorized Credit<br>Zavation Medical Vendors<br>Spineguard, Inc. INvoice(S) | 4,800.00 | |
| 10-30 | #Outgoing Wire Tsfr<br>Alberta Treasury B<br>ranches | | -9,200.00 |
| 10-30 | #Preauthorized Debit<br>Intuit Pymt Soln Tran Fee<br>201030 524771997878553 | | -622.95 |
| 10-30 | #Preauthorized Debit<br>American Express Axp Discnt<br>201030 3057386559 | | -570.43 |
| 10-30 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>201030 666750024658237 | | -250.17 |

 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**October 30, 2020**
Spineguard Inc
Page 8 of 8
8100630857

Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | 583,074.40 | 10-09 | 547,428.58 | 10-23 | 514,516.44 |
| 10-01 | 592,399.68 | 10-13 | 409,906.61 | 10-26 | 517,909.90 |
| 10-02 | 621,777.62 | 10-14 | 427,479.22 | 10-27 | 529,914.52 |
| 10-05 | 639,992.77 | 10-15 | 438,709.84 | 10-28 | 568,815.59 |
| 10-06 | 647,019.43 | 10-16 | 471,969.50 | 10-29 | 568,914.35 |
| 10-07 | 655,929.98 | 10-21 | 508,608.22 | 10-30 | 606,042.99 |
| 10-08 | 650,468.35 | 10-22 | 522,409.75 | | |