## Exhibit C

**Form of Confirmation Hearing Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPINEGUARD, INC.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 20-10332 (JTD) |

**NOTICE OF (A) HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; (B) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT PLAN; AND (C) RELATED MATTERS**

      On _____, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Chapter 11 Plan of Reorganization* dated _____, 2021 [Docket No.____ (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"). Concurrently with the filing of the Plan, the Debtor filed the related Disclosure Statement in support of the Plan [Docket No.___] (as it may be amended, the "Disclosure Statement").

      On _____, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving the Disclosure Statement (the "Disclosure Statement Order") and certain related materials (collectively, the "Solicitation Materials").

      A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held on **_____, 2021** commencing at **_____,** prevailing Eastern time before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

      The record date for determining which holders of claims or interests in the Debtor may vote on the Plan is **_____, 2021** (the "Record Date"). If you have received with this Notice a ballot form (a "Ballot"), you are eligible to vote to accept or reject the Plan.

      For your Ballot to be counted, you must complete all required information on the Ballot, execute the Ballot and **return the completed Ballot to the address indicated on the Ballot so that it is received by 5:00 p.m. Eastern Time on ____, 2021** (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify your Ballot and your vote.

      The Bankruptcy Court has established **_____, 2021, at 4:00 p.m., prevailing Eastern time**, as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual grounds for such objection; (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection; (iv) be filed with the Bankruptcy Court and served so as to be received by the Plan Objection Deadline; and (v) served on

---

[1] The last four digits of the Debtor's federal tax identification number are 3465. The mailing address for the Debtor is 1434 Spruce Street, Suite 100, Boulder, Colorado 80302.

the following parties: (a) counsel to the Debtor, (i) Pachulski Stang Ziehl & Jones LLP. 919 N. Market Street, 17th Floor, Wilmington, DE 19801 Attn: Mary F. Caloway (mcaloway@pszjlaw.com), and (ii) Hanson Bridgett LLP, 1676 N. California Blvd., Suite 620, Walnut Creek, CA 94596, Attn: Neal Wolf (nwolf@hansonbidgett.com); and (b) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Linda Casey, (linda.casey@usdoj.gov).

Any party in interest wishing to obtain copies of the Disclosure Statement or the Plan may do so by viewing such documents by accessing the Bankruptcy Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. Copies may also be requested from Debtor's counsel at the addresses below.

The Confirmation Hearing may be continued from time to time without further notice except for (i) an announcement made at the Confirmation Hearing or any adjourned confirmation hearing or (ii) a written notice filed with the Bankruptcy Court and served on all parties who have filed objections to confirmation of the Plan, the United States Trustee, and all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.

Dated:  _____, 2021

**PACHULSKI, STANG, ZIEHL & JONES LLC**
Mary F. Caloway (No. 3059)
919 North Market Street
17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: mcaloway@pszjlaw.com

-and-

**HANSON BRIDGETT LLP**
Neal Wolf (admitted *pro hac vice*)
Anthony Dutra (admitted *pro hac vice*)
1676 N. California Blvd.
Suite 620
Walnut Creek, CA 94596
Telephone:  (925) 764-8460
Facsimile:  (925) 746-8490
Email:  nwolf@hansonbridgett.com
         adutra@hansonbridgett.com

*Counsel to the Debtor and Debtor in Possession*