## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPINEGUARD, INC.,[1] | Case No. 20-10332 (JTD) |
| Debtor. | |
| | **Objection Deadline: July 15, 2021 at 4:00 pm (ET)**<br>**Hearing Date:  July 22, 2021 at 3:00 p.m. (ET)** |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING DEBTOR'S DISCLOSURE STATEMENT; (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES; AND (III) SCHEDULING HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES WITH RESPECT TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on June 17, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion for Entry of an Order (I) Approving Debtor's Disclosure Statement; (II) Establishing Solicitation and Voting Procedures; and (III) Scheduling Hearing and Establishing Notice and Objection Procedures with Respect to Confirmation of Debtor's Plan of Reorganization* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or **before 4:00 p.m. (Eastern Time) on July 15, 2021**.

---

[1]  The last four digits of the Debtor's federal tax identification number are 3465.  The mailing address for the Debtor is 1434 Spruce Street, Suite 100, Boulder, Colorado 80302.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:  (i) Counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attention: Mary Caloway (mcaloway@pszjlaw.com); and (b) Hanson Bridgett LLP, 1676 N. California Blvd., Suite 620, Walnut Creek, CA, 94596, Attn: Neal Wolf (nwolf@hansonbridgett.com); and (ii) The Office of the United States Trustee for the District of Delaware: 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Linda Casey (linda.casey@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT, IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **JULY 22, 2021 AT 3:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURT ROOM #5, FIFTH FLOOR, WILMINGTON, DELAWARE 19801.  ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2021

/s/ Mary F. Caloway (3059)
**PACHULSKI, STANG, ZIEHL & JONES LLC**
Mary F. Caloway (No. 3059)
919 North Market Street
17th Floor
Wilmington, Delaware 19801

2

Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: mcaloway@pszjlaw.com

-and-

**HANSON BRIDGETT LLP**
Neal Wolf (admitted *pro hac vice*)
Anthony Dutra (admitted *pro hac vice*)
1676 N. California Blvd.
Suite 620
Walnut Creek, CA 94596
Telephone:  (925) 764-8460
Facsimile:  (925) 746-8490
Email: nwolf@hansonbridgett.com
        adutra@hansonbridgett.com


*Counsel to the Debtor and Debtor in Possession*

DOCS_LA:338239.2 57391/003